IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES MCGUCKIN, M.D., and PHILADELPHIA VASCULAR INSTITUTE, LLC,<br><br>   *Appellants,*<br>  v.<br><br>WILLIAM WHITFIELD GARDNER,<br><br>   *Appellee.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:  CIVIL NO. 22-4981<br>:<br>:<br>: |

## ORDER

**AND NOW**, this **30th** day of **September 2024**, it is **hereby ORDERED** that, for the reasons stated in the accompanying Memorandum, Appellee William Whitfield Gardner's Motion to Dismiss (ECF No. 6) is **DENIED.**

**IT IS FURTHER ORDERED** that Appellants' Brief and Joint Appendix shall be filed on or before **October 30, 2024**; Appellee's brief in response shall be **filed 30 days thereafter**; and any reply brief shall be filed **14 days after any response.**

BY THE COURT:

_____
HON. KAI N. SCOTT
**United States District Court Judge**